UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EDWARD SHEDLOCK on Behalf of Himself and All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VISTEON CORPORATION, )<br>)<br>Defendant. ) | No. 1:09-cv-00627-LJM-TAB |

### ENTRY OF JUDGMENT

Through Orders dated October 11, 2011, and November 9, 2011, the Court struck Plaintiff Edward Shedlock's Motion for Class Certification. Through Orders dated July 16, 2012, and October 24, 2012, the Court granted summary judgment in favor of Defendant Visteon Corporation and against Plaintiff Edward Shedlock on Plaintiff's claims under the Consolidated Omnibus Budget Reconciliation Act of 1985. Plaintiff shall take nothing by way of his Complaint.

Through an Order dated October 24, 2012, this Court dismissed without prejudice Defendant Visteon Corporation's state law Counterclaim against Plaintiff Edward Shedlock and tolled the statute of limitations.

Judgment is entered accordingly. Each party shall bear its own costs.

IT IS SO ORDERED this 24th day of October, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Distribution:

Hannesson Ignatius Murphy
BARNES & THORNBURG LLP
hmurphy@btlaw.com

Robert Anthony Prather
BARNES & THORNBURG LLP
tony.prather@btlaw.com

Ronald E. Weldy
WELDY & ASSOCIATES
weldy@weldylaw.com